IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERIC JAWAYNE DANIELS,
Fed. Reg. No.: 27347-001,
      Plaintiff,

vs.                              Case No.: 5:15cv116/RH/EMT

DR. KENDES ARCHER, et al.,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk. Plaintiff, an inmate in the Federal Bureau of Prisons, commenced this action by filing a civil rights complaint under (ECF No. 1). On June 10, 2015, this court entered an order allowing Plaintiff thirty (30) days in which to pay an initial partial filing fee in the amount of $6.37 (ECF No. 6). Plaintiff subsequently requested an extension of time, and the court extended the deadline to August 11, 2015 (*see* ECF No. 8). Plaintiff failed to submit the partial filing fee or otherwise respond to the order; therefore, on September 24, 2015, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 10). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to pay the initial partial filing fee or otherwise respond.

      Accordingly, it is respectfully **RECOMMENDED**:

      That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this <u>28</u><sup>th</sup> day of October 2015.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


## <u>NOTICE TO THE PARTIES</u>

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.