IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERIC JAWAYNE DANIELS,

    Plaintiff,

v.                                  CASE NO. 5:15cv116-RH/EMT

DR. KENDES ARCHER et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 11. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice for failure to abide by a court order and failure to prosecute." The clerk must close the file.

SO ORDERED on December 18, 2015.

                                  s/Robert L. Hinkle
                                  United States District Judge